# EXHIBIT D

**LAW ENFORCEMENT SENSITIVE**



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

LICENSE No. NPW-448

## LICENSE

(Granted under the authority of 50 U.S.C. §§ 1701 *et seq.*, 50 U.S.C. §§ 1601 *et seq.*, 3 U.S.C. § 301, Executive Order 13382 and 31 C.F.R. Part 501.)

| To: Federal Bureau of Investigation | U.S. District Attorney Court | N.Y. County District Attorney |
|---|---|---|
| Internal Revenue Service | Southern District of N.Y. | One Hogan Place |
| 26 Federal Plaza | One St. Andrew's Plaza | New York, N.Y. 10013 |
| New York, N.Y. 10278 | New York, N.Y. 10007 | Attn: AUSA-in-Charge |
| Attn: Special Agent-in-Charge | Attn: AUSA-in-Charge | |

(collectively, the "Licensees")

1. Based on information available to the Office of Foreign Assets Control, the transactions and activities delineated in this License are hereby authorized.

2. This License is granted upon the condition, among others, that the Licensees comply in all respects with all regulations, rulings, orders, and instructions issued by the Secretary of the Treasury under the authority of the International Emergency Economic Powers Act, 50 U.S.C. §§ 1701 *et seq.*, the National Emergencies Act, 50 U.S.C. §§ 1601 *et seq.*, Section 301 of Title 3 of the United States Code, and the terms of this License.

3. The Licensees shall furnish and make available for inspection any relevant information, records, or reports requested by the Secretary of the Treasury or any other duly authorized officer or agency.

4. This License is not transferable and is subject to the provisions of the International Emergency Economic Powers Act (50 U.S.C. §§ 1701 et seq.), Executive Order 13382 of June 28, 2005, the provisions of 31 C.F.R. Part 501, and rulings issued pursuant thereto. This License may be revoked or modified at any time at the discretion of the Secretary of the Treasury. If this License was issued as a result of willful misrepresentation, it may, at the discretion of the Secretary of the Treasury, be declared void from the date of its issuance or from any other date.

5. This License does not excuse compliance with any law or regulation administered by the Office of Foreign Assets Control or another agency (including reporting requirements) applicable to the transaction(s) herein licensed, nor does it release Licensee(s) or third parties from civil or criminal liability for violation of any law or regulation.

Issued on behalf of the Secretary of the Treasury:

**OFFICE OF FOREIGN ASSETS CONTROL**

By *Clara David*   12/15/08
Clara Y. David        Date
**Acting Assistant Director for Licensing**

Attention is directed to, *inter alia*, 50 U.S.C. § 1705 and 18 U.S.C. § 1001 for provisions relating to penalties.

**LAW ENFORCEMENT SENSITIVE**

**LICENSE No. NPW-448**                                                  **Page 2 of 2**

**SECTION I – AUTHORIZATION: (a)** The United States Attorney's Office, Southern District of New York, the New York County District Attorney, the Internal Revenue Service, the Federal Bureau of Investigation, local New York law enforcement agencies, and each of their agents and designees (collectively, the "Licensees") are hereby authorized to engage in transactions in property or property interests of Assa Corporation, an entity incorporated under the laws of New York, which has been designated pursuant to Executive Order 13382 of June 28, 2005, "Blocking of Property of Weapons of Mass Destruction Proliferators and Their Supporters," including all funds on deposit at any U.S. Bank in the name of Assa Corporation, and all funds traceable thereto (the "Blocked Property"), in furtherance of criminal investigation Case No. 315D-NY-295520, or in connection with any civil or criminal investigation, the execution of any search warrant, or any other civil or criminal action against or involving Assa Corporation, including forfeiture proceedings.

**(b)** Notwithstanding the authorization in Section I (a) above, the Blocked Property remains blocked and, except as authorized in Section I (a), may not be transferred or otherwise dealt in without a separate license from OFAC.

**SECTION II – WARNING:** The authorization set forth in this License permits certain transactions that are otherwise prohibited by laws or regulations administered by OFAC and should not be construed to interpret or excuse compliance with other laws or regulations to which the Licensees may be subject.

**SECTION III – RECORDKEEPING AND REPORTING REQUIREMENTS:** The Licensees are subject to the recordkeeping and reporting requirements of, *inter alia*, 31 C.F.R. §§ 501.601 and 501.602, including the requirement to maintain full and accurate records concerning the transactions undertaken pursuant to this License for a period of five years from the date of each transaction.

**SECTION IV – PRECEDENTIAL EFFECT:** This authorization is limited to the facts and circumstances described herein.
*****************************************************************************