UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MR. JEREMY LEVIN and DR. LUCILLE LEVIN,<br><br>      Plaintiffs,<br><br>    v.<br><br>650 FIFTH AVENUE COMPANY, ALAVI FOUNDATION, BANK MELLI IRAN, ASSA CORPORATION, and ASSA COMPANY LIMITED,<br><br>      Defendants. | Case No. 17-cv-00959 (KBF) |

**PLAINTIFF LUCILLE LEVIN AND NONPARTY SUZELLE M. SMITH, TRUSTEE OF THE JEREMY ISADORE LEVIN 2012 REVOCABLE TRUST, AS AMENDED, NOTICE OF MOTION AND MOTION TO SUBSTITUTE AND LIFT STAY**

```
The unopposed motion to substitute is
granted.  To the extent there was a stay in
place, that stay is lifted.  SO ORDERED.
```

*[Signature: Loretta A. Preska]*   5/29/2020

HOWARTH & SMITH
523 West Sixth Street, Suite 728
Los Angeles, California 90014
(213) 955-9400

*Attorneys for Plaintiffs*
*Mr. Jeremy Levin and Dr. Lucille Levin*

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Suzelle M. Smith, Plaintiff and Judgment Creditor Dr. Lucille Levin and nonparty Suzelle M. Smith, Trustee of the Jeremy Isadore Levin 2012 Revocable Trust, as amended, hereby submit this motion to substitute and lift stay.  For the reasons stated in the accompanying Memorandum of Law, the Court should substitute Suzelle M. Smith, Trustee of the Jeremy Isadore Levin 2012 Revocable Trust, for Jeremy Levin as plaintiff and judgment creditor in this action.  Further, the Court should either confirm that this action is not stayed, or lift the stay on this action.

Dated: March 23, 2019

Respectfully submitted,

HOWARTH & SMITH
DON HOWARTH
SUZELLE M. SMITH

By:   */s/ Suzelle M. Smith*
Suzelle M. Smith (5376900)
ssmith@howarth-smith.com
523 West Sixth Street, Suite 728
Los Angeles, California 90014
(213) 955-9400

*Attorneys for Plaintiffs*
*Mr. Jeremy Levin and Dr. Lucille Levin*

1