**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LUCILLE LEVIN and SUZELLE M.
SMITH, TRUSTEE OF THE JEREMY
ISADORE LEVIN 2012 REVOCABLE
TRUST, AS AMENDED,

                Plaintiffs,

  -against-                              17 **CIVIL** 0959 (LAP)

                                                **JUDGMENT**

650 FIFTH AVENUE COMPANY, ALAVI
FOUNDATION, BANK MELLI IRAN,
ASSA CORPORATION, AND ASSA
COMPANY LIMITED,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 5, 2023, Defendants' motion to dismiss is GRANTED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       June 5, 2023

                                                            **RUBY J. KRAJICK**

                                                                Clerk of Court

                           **BY:**

                                                                **Deputy Clerk**